# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MID-ATLANTIC STEEL, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ERNEST BOCK & SONS, INC.,**<br><br>*Defendant/Third-Party Plaintiff,*<br><br>v.<br><br>**CCP DEVELOPMENT, LLC,**<br><br>*Third-Party Defendant.* | **Case No. 2:24-cv-00071-JDW** |

## ORDER

**AND NOW**, this 16th day of April, 2025, upon consideration of Third-Party Defendant CCP Development, LLC's Motion Pursuant To Fed R.C.P. 12(b)(6) To Dismiss The Amended Third-Party Complaint (ECF No. 31), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED,** and the Amended Third Party Complaint (ECF No. 19) is **DISMISSED WITHOUT PREJUDICE**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.